TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Charles Parker,*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Parker, | Case No.: 15-cv-01203-GMS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Experian Information Solutions, Inc., an Ohio corporation. | |
| Defendant. | |

1

1
2
3
4
5
6
7

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc., in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Stipulation and Order of Dismissal with Prejudice as to Defendant, Experian Information Solutions, Inc., pursuant to Fed. R. Civ. P. 41(a) within 60 days.

8
9

RESPECTFULLY SUBMITTED this __24th__ Day of August, 2015

10
11
12
13

KENT LAW OFFICES

By: __/s/  Trinette G. Kent__
Trinette G. Kent
Attorneys for Plaintiff,
Charles Parker

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28