Jonathan A. Dessaules, State Bar No. 019439
**DESSAULES LAW GROUP**
5353 North 16th Street, Suite 110
Phoenix, Arizona  85016
602.274.5400 (t)
602.274.5401 (f)
jdessaules@dessauleslaw.com

*Local-Counsel for Defendant Experian Information Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Parker,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., an Ohio corporation,<br><br>　　　　Defendants. | **No. 2:15-cv-01203-GMS**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |

　　　　Plaintiff and Defendant Experian Information Solutions, Inc. (hereinafter referred to as "Experian"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendant Experian, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

　　　　DATED this 10th day of September, 2015

　　　　　　　　　　　　　　　　　　　　DESSAULES LAW GROUP

　　　　　　　　　　　　　　　　　　　　/s/Jonathan A. Dessaules
　　　　　　　　　　　　　　　　　　　　Jonathan A Dessaules
　　　　　　　　　　　　　　　　　　　　*Local Counsel for Experian*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

KENT LAW OFFICES

/s/Trinette G. Kent (with permission)
Trinette G. Kent
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Trinette G. Kent, Esq.
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
tkent@kentlawpc.com
*Attorney for Plaintiff*

/s/ Jenna Pitchel